DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 120P12 | State v. William Edward Hemphill, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-639) | Denied |
|---|---|---|---|
| 127A12 | IMT, Inc., et al. v. City of Lumberton, et al. | 1. N.C. Institute for Constitutional Law's Motion for Leave to File *Amicus Brief*<br><br>2. Def's Motion to Strike N.C. Institute for Constitutional Law's *Amicus Curiae* Brief as Being Untimely Filed | 1. Allowed **08/07/12**<br><br>2. Denied **08/09/12** |
| 130P12 | Howard H. Pierce, Sr. v. The Atlantic Group, Inc. d/b/a DZ Atlantic, Day & Zimmermann LLC d/b/a DZ Atlantic Group and/or DZ Atlantic, and Duke Energy Carolinas, LLC | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-494) | Denied |
| 131P12 | James W. Pendergraph, on Behalf of Himself and All Others Similarly Situated, and Teresa C. Rogers, on Behalf of Herself and All Others Similarly Situated v. N.C. Department of Revenue, Kenneth R. Lay, Secretary of the N.C. Department of Revenue (in His Official Capacity), N.C. Department of State Treasurer, Janet Cowell, Treasurer of the State of N.C. (in Her Official Capacity), and the State of N.C. | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-848) | Denied |
| 132P11-7 | State v. Gregory Lynn Gordon | Def's *Pro Se* Motion for Direct Appeal (COAP11-153) | Dismissed *Ex Mero Motu* |